1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CHARLES R. GELMO,                    )   NO. EDCV 10-00960 SS
                                         )
12                    Plaintiff,         )
                                         )
13            v.                         )
                                         )        **JUDGMENT**
14  MICHAEL J. ASTRUE,                   )
    Commissioner of the Social           )
15  Security Administration,             )
                                         )
16                    Defendant.         )
    _____    )

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

20  and that the above-captioned action is REMANDED for further proceedings

21  consistent with the Court's Memorandum Order and Decision.

22

23  DATED: April 19, 2011

24                                    _____/S/_____
                                      SUZANNE H. SEGAL
25                                    UNITED STATES MAGISTRATE JUDGE

26

27

28