1 Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
2 AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
3 Orange, CA 92868-3504
Phone (714) 564-8644
4 Fax (714) 564-8641
Email: shannyjlee@gmail.com

Attorney for plaintiff Charles Gelmo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GELMO<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. EDCV 10-960 SS<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND THREE HUNDRED dollars and 00/100's ($3,300.00), and costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 4/28/11

/S/

HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE
Order for EAJA fees

- 1